UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-78-JCC |
| Plaintiff, | |
| v. | DETENTION ORDER |
| VERNON WAYNE OFFICER, | |
| Defendant. | |

<u>Offenses charged</u>:

    Counts 1-10:   Wire Fraud

    Count 11:     Fraudulent and False Income Tax Statements

<u>Date of Detention Hearing</u>: May 18, 2015

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has no ties to this jurisdiction.

2. Defendant has no real ties to any jurisdiction.

3. Defendant has no support structure.

4. Defendant has a history of failures to appear.

5. Defendant's criminal history includes assaultive behavior.

6. Defendant engaged in international travel by sneaking into Canada.

7. Defendant has no viable release address.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of May, 2015.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge