THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNON WAYNE OFFICER,<br><br>Defendant. | CASE NO. CR15-0078-JCC<br><br>MINUTE ORDER CONTINUING TRIAL |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte.* Due to scheduling concerns, the trial date in this case is hereby continued to **July 27, 2015 at 9:30 a.m**. The Court notes that the Defendant's Sixth Amendment right to a speedy trial is not implicated by this continuance as it falls before August 17, 2015. *See* 18 U.S.C. § 3161. However, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the time period from Defendant's original trial date of July 6, 2015 to the new trial date of July 27, 2015 is hereby excluded under 18 U.S.C. 3161(h)(7)(A) and (B).

//

//

//

1 DATED this 8th day of June 2015.

William M. McCool<br>
Clerk of Court

s/Tasha MacAdam<br>
Deputy Clerk