THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNON WAYNE OFFICER,<br><br>Defendant. | CASE NO. CR15-0078-JCC<br><br>MINUTE ORDER CONTINUING JURY TRIAL |

The following Minute Order comes at the direction of the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defense Counsel's unopposed motion to continue trial (Dkt. No. 21).[1] Upon review of the motion, the Court finds the interests of justice served by granting a continuance and affording defense counsel adequate time to prepare for trial outweigh the public interest—and Mr. Officer's interest—in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the trial in this matter will commence on Monday, November 2, 2015 at 9:30 a.m. The resulting period from July 27, 2015 to November 2, 2015 is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

//

//

---

[1] The Court understands that defense counsel brings this motion over Mr. Officer's personal objection.

MINUTE ORDER CONTINUING JURY TRIAL
PAGE - 1

1     DATED this 25th day of June 2015.

*/s/ William S. McCool*
William S. McCool
Clerk of Court

*/s/ Paul Pierson*
Paul Pierson
Courtroom Deputy Clerk