# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0078-JCC |
| Plaintiff, | ORDER |
| v. | |
| VERNON WAYNE OFFICER, | |
| Defendant. | |

This matter comes before the Court on the Government's application for a writ of habeas corpus ad prosequendum (Dkt. No. 88). Having reviewed the application, the Court hereby ORDERS:

That a writ of habeas corpus ad prosequendum be issued to the Coyote Ridge Corrections Center to produce the above-named defendant to the 16th floor of the United States Courthouse, 700 Stewart Street, Seattle, Washington, on October 16, 2018 at 9:00 a.m. for supervised release proceedings. The Clerk is directed to enter the writ.

DATED this 21st day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE