THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0078-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VERNON WAYNE OFFICER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. An evidentiary hearing regarding alleged supervised release violations is scheduled for January 13, 2021. (Dkt. No. 109.) However, on January 5, 2021, Defendant filed a motion for new counsel (Dkt. No. 114), which the Court has referred to the Honorable Michelle L. Peterson, United States Magistrate Judge. Accordingly, the evidentiary hearing scheduled for January 13, 2021 is hereby STRICKEN. The parties are directed to jointly move for a new hearing date in this matter once Defendant's motion for new counsel is resolved.

//

//

//

MINUTE ORDER
CR15-0078-JCC
PAGE - 1

DATED this 7th day of January 2021.

       William M. McCool
       Clerk of Court

       s/Paula McNabb
       Deputy Clerk