THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>VERNON WAYNE OFFICER,<br><br>                Defendant. | CASE NO. CR15-0078-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Vernon Wayne Officer's *pro se* submission asking the Court to allow him to stay at a location other than the halfway house (Dkt. No. 113). The Court DIRECTS the Clerk to terminate the motion for the following reasons.

Under this Court's local rules, a represented criminal defendant may not file a *pro se* motion unless he "requests by motion to proceed on his . . . own behalf, certifies in the motion that he . . . has provided copies of the motion to his . . . current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se." W.D. Wash. Local Civ. R. 83.2(b)(5); *see* W.D. Wash. Local Crim. R. 1(a) (adopting W.D. Wash. Local Civ. R. 83.2(b) in criminal proceedings); *see also United States v. Bergman*, 813 F.2d 1027, 1030 (9th Cir. 1987) ("A criminal defendant does not have an absolute right to both self-representation *and* the assistance of counsel."); *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994) (holding that a trial

court commits no error in refusing to rule on *pro se* motions raised by a represented party).

Because Mr. Officer is represented by counsel and has not complied with the requirements of Local Civil Rule 83.2(b)(5), his *pro se* submission is improper. Mr. Officer must contact his counsel to discuss the relief he seeks. The Clerk is DIRECTED to terminate the improper filing (Dkt. No. 113) and send a copy of it to counsel of record for Mr. Officer.

DATED this 20th day of January 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE