THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0078-JCC |
| Plaintiff, | ORDER |
| v. | |
| VERNON WAYNE OFFICER, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion regarding the pending supervised release violation (Dkt. No. 149). Having thoroughly considered the motion and relevant record, the Court hereby GRANTS the motion, dismisses the pending supervised release violation without prejudice, lifts the appearance bond, and continues the terms of supervision.

DATED this 8th day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR15-0078-JCC
PAGE - 1